# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **BERNADETTE SCOTT,** | Case No. 3:22-cv-1347 |
| **Plaintiff,** | |
| | JUDGE JEFFREY J. HELMICK |
| v. | |
| | JOINT STIPULATION OF |
| **SHIV AUM DP, LLC** | DISMISSAL |
| | |
| **Defendant.** | |

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Bernadette Scott and Defendant Shiv Aum DP, LLC. submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 16th day of June 2023

*/s/ Pete M. Monismith*     */s/ Justin D. Harris*

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | Justin D. Harris (0078252)<br>Hannah R. Duschl (0100681)<br>REMINGER CO., L.P.A.<br>154 Columbus Avenue<br>Sandusky, Ohio 44870<br>Phone: 419-609-4324<br>Fax: 419-626-4805<br>E-Mails: jharris@reminger.com<br>           hduschl@reminger.com<br>**Attorneys for Defendant** |